IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRANCH BANKING & TRUST CO.,       *

    Plaintiff,                  *

    vs.                         *       Civil Action No.   GLR-18-503

RHODA STANLEY, et al.,            *

    Defendants.                 *

******
## ORDER

Rhoda Stanley, a Harford County, Maryland resident, seeks to remove an action filed against her in the Circuit Court for Harford County, Maryland. On February 20, 2018, she filed a notice of removal, a request to proceed in forma pauperis, a civil cover sheet, and an acknowledgement of service. (ECF Nos. 1, 2). She did not provide: (1) a short and plain statement of the grounds for removal; nor (2) a copy of all process, pleadings, and orders served upon her in the Harford County action, as required pursuant to 28 U.S.C. § 1446(a). For reasons noted herein, however, she will not be required to correct these deficiencies.

On March 6, 2018, Plaintiff Branch Banking & Trust Company ("BB&T") filed a Motion to Remand to State Court. (ECF No. 4). In its Motion, BB&T states, and Stanley does not dispute, that Stanley's home was the subject of foreclosure proceedings commenced in the Circuit Court for Harford County on September 27, 2013. A copy of

those proceedings, Case No. 12-C-13003087, is attached to the Motion.  (Pl.'s Mot. Ex. A, ECF No. 4-1).  Stanley and her husband were properly served with the Order and all attachments on November 1, 2013.  (Id.).  They have filed two prior Notices of Removal of the foreclosure case in this Court, both of which the Court remanded.  See Fisher, et al. v. Stanley, et al., No. ELH-16-3339 and Fisher v. Stanley, et al., No. GLR-16-3502.  BB&T notes that the property was sold on January 6, 2015, and the sale was ratified by the Circuit Court for Harford County on February 19, 2015.  (Pl.'s Mot. Ex. A at 7).

BB&T argues that the notice of removal of the action is untimely.  The Court agrees.  A notice of removal must be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which action or proceeding is based.  See 28 U.S.C. §1446(b) (2018).  Stanley was served with the Order to Docket and had notice of the initial pleading on November 1, 2013.  (Pl.'s Mot. Ex. A at 23).  Thus, the time to remove the case expired on December 1, 2013; Stanley did not file the Notice until February 20, 2018. (ECF No. 1).

Accordingly, it is this 26th day of April, 2018, by the United States District Court for the District of Maryland, hereby ordered that:

1. Defendant Stanley's Motion for Leave to Proceed In Forma Pauperis (ECF No. 2) is GRANTED;

2. The Motion to Remand filed by Plaintiff BB&T (ECF No. 4) is GRANTED;

3. The case shall be REMANDED to the Circuit Court for Harford County (Case No. 12-C-13003087);

4. The Clerk shall CLOSE this case; and

5. The Clerk shall SEND a copy of this Order to all parties. In addition, the Clerk shall SEND a copy of this Order to the Clerk for the Circuit Court for Harford County, Court House, 20 W. Courtland Street, Bel Air, Maryland 21014.

/s/
George L. Russell, III
United States District Judge