

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
**OFFICE OF THE CLERK**

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Catherine Stavlas, Chief Deputy

Reply to Northern Division Address

April 26, 2018

Circuit Court for Harford County, Maryland
20 W. Courthouse St.
Bel Air, MD 21014

    RE:    Branch Banking & Trust Co. v. Stanley et al
           Civil Action No. GLR-18-503
           12-C-13-003087

Dear Clerk:

    On April 26, 2018, the Honorable George L. Russell III signed an order remanding the above-entitled case to your Court. Enclosed is a certified copy of the order, together with a certified copy of the docket entries. We have discontinued our previous practice of sending the state court original papers which were filed in this Court. Should you need certified copies of any papers you may contact the Deputy Clerk below.

    Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

    Thank you for your cooperation in this matter.

           Sincerely,

           Felicia C. Cannon, Clerk

        By:    /s/
                J Lewis, Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS _____ DAY OF _____ 20____.

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**