Form 1

**FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT**

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

APR 2 7 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

## Name of United States District Court for the District of MD

Case Number 1:18-cv-00503

**Branch Banking & Trust**, Plaintiff,

v.     **NOTICE OF APPEAL**

**August C. Stanley, et al**, Defendant.

Notice is hereby given that **RHODA STANLEY** (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the **ORDER TO REMAND CASE** (from the final judgment) ((from an order) (describe the order)) entered in this action on **April 26, 2018** (date).

_____
(Signature of appellant or attorney)

707 PRIESTFORD RD.
CHURCHVILLE, MD 21028
_____
(Address of appellant or attorney)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

RHODA STANLEY
707 PRIESTFORD ROAD
CHURCHVILLE, MD 21028

## UNITED STATES DISTRICT COURT

| | |
|---|---|
| BRANCH BANKING & TRUST COMPANY, ET AL  PLAINTIFF(S). <br> v. <br> RHODA STANLEY, et al, and DOES 1 - 10, Inclusive  DEFENDANT(S). | CASE NUMBER <br> 1:18-CV-00503-GLR <br><br> **PROOF OF SERVICE – ACKNOWLEDGMENT OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of HARFORD_____, State of **MD**, and not a party to the above-entitled cause. On 04/26_____, 20 18____, I served a true copy of NOTICE OF APPEAL_____ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)
BB&T Company, 200 West 2nd St., Winston Salem, NC 27101

Place of Mailing: CHURCHVILLE, MD_____
Executed on 04/26_____, 20 18____ at CHURCHVILLE, MD_____,

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court,

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____ _____.

*Signature*                                          *Party Served*

# FedEx Express US Airbill

FedEx Tracking Number: 8106 8246 1561
Form ID No: 0200
**Recipient's Copy**

Case 1:18-cv-00503-GLR

Date: 4/26/18

**From:**
Sender's Name: J.H.
Phone: 760 974-9745
Company: J.H. LTD
Address: 61953 Sunburst Cir.
City: J. Tree   State: CA   ZIP: 92252

**To:**
Recipient's Name: Filing Dept.
Phone: 410 962-2600
Company: U.S. District Court
Address: 101 W. Lombard St.
City: Baltimore   State: MD   ZIP: 21201

Stamp: APR 27 2018 — LODGED / ENTERED / RECEIVED — CLERK, U.S. DISTRICT COURT, AT BALTIMORE, DISTRICT OF MARYLAND

**4 Express Package Service**
- [X] FedEx Priority Overnight

**5 Packaging**
- [X] FedEx Envelope

**6 Special Handling and Delivery Signature Options**
- [X] Direct Signature
- [X] No (dangerous goods)

**7 Payment:** Bill to Sender

644

Barcode: 8106 8246 1561

FedEx Delivery 0200 8106 8246 1561
FRI - 27 APR 10:30A
PRIORITY OVERNIGHT
DSR
XE ODMA
21201
MD-US
BWI

FID 537793 26APR18 PSPA 546C1/9132/0C8A

